```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. OREYAL A. JACQUET          CASE NO. 3:06-cr-00059-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            STEPHAN COLLINS

DEFENDANT'S ATTORNEY:              KEVIN MCCOY - FRIEND OF COURT

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD AUGUST 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Financial Affidavit **FILED**.
 X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Pleas: Not Guilty to counts 1, 5, and 7 of the Indictment.

 X Defendant detained/Continued Arraignment on Indictment and
   Detention Hearing set for **August 9, 2006 at 11:00 a.m.** before
   U.S. Magistrate Judge John D. Roberts.

 X Order of Temporary Detention Pending Hearing **FILED**.

 X OTHER: Court and counsel heard re plaintiff's oral motion for
a Detention Hearing; **GRANTED.**

At 11:10 a.m. court adjourned.


DATE:     August 2, 2006     DEPUTY CLERK'S INITIALS:    amk