MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  OREYAL A. JACQUET   CASE NO.  3:06-CR-00059-02-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:         WILLIAM B. CAREY, CJA APPOINTED

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS:  CONTINUED ARRAIGNMENT/DETENTION HEARING
              Held 08/09/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:05 a.m. court convened.

 X Defendant advised of general rights, charges and penalties.

 X Defendant detained; Order of Detention Pending Trial FILED.

 X Pretrial motions due **August 21, 2006;** Order of Progression of a Criminal Case FILED.

 X OTHER: Court and counsel heard re entry of plea; Court and counsel heard re defendant's oral motion to release the defendant to proposed Third Party Custodians with conditions; Charlene Jacquet, Connie King, and Tyist King all sworn and testified on behalf of the defendant as proposed Third Party Custodians. Arguments heard; Court heard; defendant's oral motion to to release the defendant to proposed Third Party Custodians DENIED.

At 12:20 p.m. court adjourned.

List of Witnesses to be filed separately.

DATE:   August 9, 2006      DEPUTY CLERK'S INITIALS:      Ce