WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

RECEIVED
AUG 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. ) No. 03-06 CR 00059-02 (RRB) (JDR)
)
OREYAL A. JACQUET, )
)
Defendant. )

## MOTION TO SET BAIL REVIEW HEARING

COMES NOW, the Defendant OREYAL A. JACQUET, though counsel, WILLIAM B. CAREY, and moves the Court to set this matter on for a bail review hearing at the Court's earliest convenience.

The defendant seeks to review the order of detention in this matter to make a new proposal with respect to a third party custodian. The defendant proposes that she be placed in the 24 hour sight and sound custody of her aunt, Tyiest King, with ankle monitoring to be installed at Ms. King's residence, located at 1029 E. 20th Apt. 13, Anchorage AK 99501. Although Ms. King does not have her own transportation, she would be able to ensure Ms. Jacquet's attendance at any court proceedings, meetings with counsel, etc., through transportation provided by Ms. JACQUET's mother, Charlene Jacquet, or aunt Connie King, who reside in the same apartment complex and who have reliable transportation.

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

A period of excludable delay under 18 U.S.C. § 31610(g) and (h) may occur as a result of the filing/granting/denying of this motion.

DATED at Anchorage, Alaska this __15__ day of August, 2006.

LAW OFFICE OF WILLIAM B. CAREY
Attorney for Defendant
OREYAL A. JACQUET

_____
William B. Carey
Alaska Bar No. 8212160

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2006, a true and correct copy of the foregoing was hand delivered to the following:

Stephan Collins
Assistant U.S. Attorney
222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

Paula McCormick
Pretrial Services
222 West 7th Ave, #48 Room 168
Anchorage AK  99513-7562

_Brenda W. McLeary_

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256