WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

RECEIVED
AUG 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| ) | |
| OREYAL A. JACQUET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due consideration of the Defendant's Motion for a Bail Review Hearing

is GRANTED.

A hearing in this matter is set for August ___, 2006, at __:__ __.m.

DATED at Anchorage, Alaska this _____ day of August, 2006.

_____
Honorable John D. Roberts
U.S. Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2006, a true and correct copy of the foregoing was hand delivered to the following:

Stephan Collins
Assistant U.S. Attorney
222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

Paula McCormick
Pretrial Services
222 West 7th Ave, #48 Room 168
Anchorage AK  99513-7562

_Brenda W. McCleary_

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256