DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:06-cr-00059-02 (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | OPPOSITION TO MOTION TO |
| vs. ) | SET BAIL REVIEW HEARING |
| ) | |
| OREYAL A. JACQUET ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Oreyal A. Jacquet, the defendant, moves this Court to set this matter on for a bail review hearing.  This would be Jacquet's second attempt to overcome the presumption of detention, contained in 18 U.S.C. § 3142(e), that this Court found supported Jacquet's detention pending trial following her first bail review hearing. The United States opposes the instant motion for bail review hearing.

The United States opposes this instant request because it is substantially the same as the original bail proposal that the Court rejected. The instant proposal is that the Court release Jacquet to the 24 hour sight and sound custody of Tyiest King, Jacquet's aunt, with the additional condition that Jacquet be subject to electronic monitoring. At Jacquet's first bail review hearing, Ms. King testified. So the Court is already aware of her potential qualifications as a third party custodian. The Court need not hold a hearing to decide Mr. Tyiest King's qualifications as a third part custodian.

Because the instant proposal is substantially the same as the original proposal, this Court should again deny the instant motion. This Court denied Jacquet's original proposal for release pending trial because it found Jacquet herself was a poor candidate for release and because the Court found the proposed third parties, as well as Ms. Tyiest King, had shown a reluctance to abandon their feelings of close association and affiliation with Jacquet in order to be the eyes and ears fo the Court. As Jacquet has again not shown herself to be a good candidate for release, this Court should deny the instant request for release without holding another hearing. Undersigned counsel will be unavailable August 17th and 18th, if a second bail hearing is set.

U.S. v. JACQUET
3:06-CR-00059-2-RRB-JDR

Trial in this matter is currently set for September 11, 2006.

RESPECTFULLY SUBMITTED this day, August 16, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Stephan A. Collins
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: stephan.collins@usdoj.gov
>AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006
a copy of the foregoing was served
electronically:

William B. Carey, Esq.

s/ Stephan A. Collins