WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br> vs.  ) <br>  ) <br> OREYAL A. JACQUET,  ) <br>  ) <br> Defendant.  ) | No. 03-06 CR 00059-02 (RRB) (JDR) |

### MOTION ON SHORTENED TIME TO CONTINUE TRIAL AND TO EXTEND MOTION DEADLINE

COMES NOW the Defendant, OREYAL A. JACQUET, through counsel, WILLIAM B. CAREY, and moves the Court to continue trial in this matter until the first week in October or such other time as is practicable for the Court.  Trial is presently set for September 11, 2006.  This date is 39 days after the appointment of the undersigned to this case, and 41 days after the arrest of the defendant.  The defendant also requests one additional week (until August 28) to file motions.

The basis of this motion is that counsel for the defendant needs additional time to prepare this case for trial, which is a distinct possibility, if not likelihood, at this point.  Although not particularly complex, the charges relate to an alleged cocaine conspiracy which could result in the imposition of a 10 year mandatory

minimum sentence for the defendant. The undersigned is still in the process of reviewing the discovery that has been provided by the government and needs more time to investigate the facts of the case, including identifying witnesses and the like. Additionally, counsel for Ms. JACQUET is scheduled to be in Southeast Alaska between August 27 and 31 attending to numerous scheduled court hearings and other matters in Petersburg and Juneau during that crucial trial preparation week. The Petersburg Court Calendar for the week of August 28 (reflecting counsel's cases on the calendar) is attached as Exhibit A. Counsel for the defendant had also planned to attend the 13th Annual Criminal Justice Institute Seminar in Seattle, Washington on Thursday and Friday, September 7 and 8 (returning home to Anchorage on Sunday, September 10) in order to fulfill his continuing legal education requirements for the present year. In the event trial goes ahead on September 11, counsel would obviously not be able to attend this seminar, the description of which is attached to this motion as Exhibit B.

This matter should be continued for the period requested in the interests of justice so that Ms. JACQUET can present an adequate defense at trial. The trial date requested would still be within in the 70 day speedy trial rule.

A period of excludable delay under 18 U.S.C. § 31610(g) and (h) may occur as a result of the filing/granting/denying of this motion.

This motion is supported by the affidavit of WILLIAM B. CAREY and Exhibits attached hereto.

DATED in Anchorage, Alaska this 21st day of August, 2006.

        WILLIAM B. CAREY
        Attorney for the Defendant

OREYAL A. JACQUET

William B. Carey
Alaska Bar No. 8212160

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2006, a true and correct copy of the foregoing was electronically delivered to the following:

Stephan Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

Kevin McKoy
Assistant Federal Defender's Office
601 5th Ave., Ste 800
Anchorage, Alaska   99501