```
AUG-09-2006 WED 09:27 AM  Petersburg Trial Courts    FAX NO. 907 772 3018              P. 02/05

08/28/2006  Monday     CALENDAR IN THE PETERSBURG TRIAL COURTS FOR THE STATE OF ALASKA   Printed [08/09/2006;09:14]  PAGE: 1
                                    FIRST JUDICIAL DISTRICT AT PETERSBURG
==========================================================================================================================
 DATE       TIME   CASE NUMBER       CASE TITLE                   EVNT  JUDGE  D/S  E.TIM  CTRM  ATTORNEY(S)
==========================================================================================================================

08/28/2006A1030  1PE-06-00097CR  ST V BRUSELL,JULIA               PRLM   DAW    D           A    MCCARTY/DA

--------------------------------------------------------------------------------------------------------------------------
08/28/2006A1100  1PE-06-00044CR  ST V ARMSTRONG,JEFFR             PP     DAW    D           A    DA/PD
                                 COPH?
--------------------------------------------------------------------------------------------------------------------------
08/28/2006A1130  1PE-05-00080CR  ST V OLSON,MATTHEW               ADJ    DAW    D           A    DA
                                 IN COMPLIANCE?
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-05-00124CR  ST V CLEVESY,MILAN               STAT   MAT    S           A    PD/DA
                                 PRESENTENCE REPORT? RESTITUTION?
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-06-00015CR  ST V HAUBE,ANTHONY               CALL   MAT    D           A    PD/DA
                                 FOLLOWS 1PE-06-22CR; ALSO ADJUD 1PE-05-36/182CR / Trial to follow later
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-06-00045CR  ST V JENSEN,JAMES                CALL   MAT    D           A    PD/DA
                                 / Trial to follow later in week.
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-06-00053CR  ST V HELMER,LYNN                 CALL   MAT    D           A    PD/DA
                                 ALSO:ADJ IN 1PE-05-14,38CR,135CR / Trial to follow later in week.
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-06-00075CR  ST V POUKKULA,JASON              CALL   MAT    D           A    PD/DA
                                 / Trial to follow later in week.
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-06-00076CR  ST V CARNES,SHANE                CALL   MAT    D           A    PD/DA
                                 / Trial to follow later in week.
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0100  1PE-97-00263CR  ST V DENNIS,PAUL                 DISP   MAT    S           A    PD
                                 IN CUSTODY?/BEING HANDLED IN HOMER OR KENAI?
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0145  1PE-06-00042CR  ST V EDSON,JAMES                 CALL   MAT    D           A    MCGOWAN/DA
                                 REDUCED TO STRICT LIABILITY / Trial to follow later in week.
--------------------------------------------------------------------------------------------------------------------------
08/28/2006P0145  1PE-06-00046CR  ST V THYNES ,TED                 CALL   MAT    D           A    CAREY /OA
                                 1PE-04-48/173CR FOLLOW THIS CASE / Trial to follow later in week.
```