AUG-09-2006 WED 09:27 AM Petersburg Trial Courts        FAX NO. 907 772 3018        P. 03/05

```
08/28/2006  Monday      CALENDAR IN THE PETERSBURG TRIAL COURTS FOR THE STATE OF ALASKA   Printed [08/09/2006;09:14]  PAGE: 2
                                     FIRST JUDICIAL DISTRICT AT PETERSBURG

DATE     TIME    CASE NUMBER       CASE TITLE                      EVNT  JUDGE  D/S  E.TIM  CTRM  ATTORNEY(S)


08/28/2006P0145  1PE-06-00074CR  ST V KITO,THERMAN                  CALL  MAT   D          A    CAREY/DA
                                 / Trial to follow later in week.

08/28/2006P0145  1PE-06-00077CR  ST V WHITE,FRANK                   CALL  MAT   D          A    NAVE/DA
                                 / Trial to follow later in week.

08/28/2006P0145  1PE-06-00080CR  ST V LYONS,GORDON                  CALL  MAT   D          A    CAREY/DA
                                 INCLUDES PTRP'S 1PE-04-124,05-48,144 CALL 06-56CR / Trial to follow late

08/28/2006P0215  1PE-03-00029CR  ST V SPAULDING,DEAN                STAT  MAT   S          A    /DA

08/28/2006P0230  1PE-05-00062CI  BENNA V YAKOVAC                    CALL  MAT   S          A    PRO PER
                                                                                                /MCCARTY
                                 / Trial to follow later in week.

08/28/2006P0245  1PE-05-00097CR  ST V CHURCHILL,RUBY                DISP  MAT   D          A    PRO PER/DA
                                 INCLUDES 1PE-05-101, 107CR

08/28/2006P0300  1PE-01-00138CR  ST V LYONS,PERMELIA                DISP  MAT   S          A    PD/DA
                                 INCLUDES 1PE-05-3CR

08/28/2006P0400  1PE-04-00064CR  ST V KITO,THERMAN                  SENT  MAT   D          A    CAREY/DA

08/29/2006A0830  1PE-02-00008CP  MATTER OF A. R.                    PPHR  MAT   S          A    PD/AG

08/29/2006A0845  1PE-99-00008CP  MATTER OF D. E.                    ADJ   MAT   S          A    MCCARTY/PD
                                 PERMANENCY TOO

08/29/2006A0900  1PE-05-00011CP  MATTER OF C. B.                    HEAR  MAT   S          A    PD/DA
                                 REVIEW
```