08/29/2006 Tuesday CALENDAR IN THE PETERSBURG TRIAL COURTS FOR THE STATE OF ALASKA Printed [08/09/2006;09:14] PAGE: 3
FIRST JUDICIAL DISTRICT AT PETERSBURG

| DATE | TIME | CASE NUMBER | CASE TITLE | EVNT | JUDGE | D/S | E.TIM | CTRM | ATTORNEY(S) |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/2006 | A0915 | 1PE-04-00005CP | MATTER OF S. L. | ADJ | MAT | S | 30.0M | A | MCCARTY/CAREY AG/DFYS |
| 08/29/2006 | A0945 | 1PE-05-00003CP | MATTER OF J. G. | ADJ | MAT | S | | A | MENENDEZ MENENDEZ/DA |
| 08/29/2006 | A1000 | 1PE-06-00003CP | MATTER OF J. O. | ADJ | MAT | D | | A | PD/DA PD/DA |
| 08/29/2006 | A1015 | 1PE-06-00002CP | MATTER OF B. M. | ADJ | MAT | S | | A | OPA /DA OPA /DA |
| 08/29/2006 | A1030 | 1PE-06-00006PR | ITMO J. P. | ADOP | MAT | S | | A | CAREY |
| 08/29/2006 | A1100 | 1PE-06-00054CR | ST V WRIGHT,CHARLES | SENT | MAT | S | | A | OPA /DA |
| | | | ALSO: ADJ IN 1PE-06-41CR & 1PE-05-59CR | | | | | | |
| 08/29/2006 | P0100 | 1PE-05-00166CR | ST V MILLER,CHRISTOP | SENT | MAT | S | | A | NAVE/DA |
| | | | INCLUDES 1PE-05-177CR, 174CR | | | | | | |
| 08/29/2006 | P0200 | 1PE-02-00024CR | ST V SMITH,WILLIAM | ADJ | MAT | S | 01.0H | A | CAREY/DA |
| 08/29/2006 | P0300 | 1PE-06-00052CR | ST V PHILLIPS,JEANET | SENT | MAT | S | | A | PD/DA |
| 08/29/2006 | P0300 | 1PE-06-00113CR | ST V PHILLIPS,JEANET | ARGN | MAT | D | | A | |

new charge