

*The Innovator in Legal Education*

Co-sponsored by the WSBA Criminal Law Section

A comprehensive regional event featuring over 35 faculty members and more than 20 topics.

# THE 13TH ANNUAL CRIMINAL JUSTICE INSTITUTE

**Thursday and Friday, September 7-8, 2006**

Washington State Convention and Trade Center
Sixth Level
On Pike Street, between 7th and 8th Avenues
Seattle, Washington



Featuring
Prof. Charles H. Whitebread
with U.S. Supreme Court
Decisions in Review

Criminal Law: Intermediate

Approved for 14.75 CLE Credits for Washington Attorneys (including optional workshop): 12.75 General Credits and up to 2.0 Ethics Credits available. Application is being made for Mandatory Judicial Education Committee for approval of 14.75 CJE credits. Application is being made for CLE credit for the states of **Oregon, Alaska, and Idaho.**

**Washington State Bar Association • Continuing Legal Education**