# THE 13TH ANNUAL CRIA/

**[7]-00** a.m. **Check-in • Walk-in Registration • Distribution of Coursebooks • Exhibits Open • Coffee and Pastry Service • Networking** (Due to anticipated crowds, we encourage you to arrive by 7:15 a.m.)

**[7] ii** ii.ni   **Welcome and Opening Remarks by Program Co-Chairs**
*Josephine Townsend — Attorney at Law, Vancouver*
*Rebecca C. Robertston — Public and Community Safety Division, Seattle City Attorneys Office, Seattle*

8:10 o.m.   **U.S. Supreme Court Decisions in Review**
*Professor Charles H. Whitebread — George T. Pfleger Professor of Law, The Law School, University of Southern California, Los Angeles* 9:40 a.m.   **Break in Exhibit Area** 10.00

a.m. **U.S. Supreme Court Decisions in Review (Continued)**
*Professor Charles H. Whitebread — George T. Pfleger Professor of Law, The Law School, University of Southern California, Los Angeles*

11: **!5 n n   Washington Legislative Update/Significant Developments**
*Tom McBride — Executive Secretary, Washington State Association of Prosecuting Attorneys, Olympia*

12:00 noon **Box Lunch (included) Distributed, Followed by Optional Workshop**

17 **30 ;., n  (Optional Workshop - 1.0 Ethics Credit)**
**Survival — What You Need to Know to Survive the Dramatic Changes in the RPCs,
How Fees Can be Charged and Other Issues That Can Destroy Your Career**
Changes in confidentiality and other rules; flat and non-refundable fee concerns; avoiding conflicts of interest and ineffective assistance claims; duties to a tribunal; and more. *KurtM. Bulmer — Attorney at Law, Seattle Lee Ripley — Attorney at Law, Lake Stevens*

**1 :30** p.r   **Networking Break: Dessert available**

OH&I£jLO|VG.^REIVT SESSIONS

1:4:-  -3:00 p.m.
   **A.   Challenges and Opportunities: the New Availability of State Funding for Local Governments to Implement Defender Standards**
*Joanne I. Moore — Washington State Office of Public Defense, Olympia*
*George Yeannakis — Washington State Office of Public Defense, Olympia*
*Terry Mulligan — Public Defense Services Manager, Washington State Office of Public Defense, Olympia* **B.   Law Enforcement and Witness Interviews**
*Josephine Townsend — Attorney at Law, Vancouver*
*J.R. Yoseph — Law Office of J.R. Yoseph, PS, Vancouver*
*Claire A. Bradley — Senior Deputy Prosecuting Attorney, Kitsap Prosecutor's Office, Port Orchard*
*Detective Carl Kleinknecht — Bellevue Police Department, Bellevue* **C.**
**Addressing Sex Offender Related Issues**
*Anita C. Paulsen — The Defender Association, Seattle*
*Detective Bob Shilling — Seattle Police Department, Sex and Kidnapping Offender Detail, Seattle*
*Lisa D. Johnson — Senior Deputy Prosecuting Attorney; Chair, Special Assault Unit, King County Prosecutor's Office, Seattle*
*David J. W Hackett — Unit Chair, Sexually Violent Predator Unit, King County Prosecuting Attorney's Office, Seattle*

300 p.m.   **Break in Exhibit Area PLENARY** SESSION , "••.• p.m.   **Washington State Case Law Update, Including Appellate Decisions of Note**
*Hon. Helen L. Halpert — King County Superior Court, Seattle* 4:15 -

4:20 **p.m. Move to Concurrent Session of Your Choice**

.:  tX"QND_.SOUNDOf.THR££CONCUS«ENTS£SSjO *NS* i - i O-
5:35 p.m.   **A.   How Should a Model Mental Health Court Function?**
*Michael J. Finkle — Assistant City Attorney Supervisor, Public and Community Safety Division, Seattle City Attorneys Office, Seattle Russell J. Kurth — Lead Defense Attorney for Seattle Municipal Mental Health Court Associated Counsel for the Accused, Seattle*
*Hon. Theresa B. Doyle — King County Superior Court, Seattle* **B.**
**Negotiating the Criminal Case**
*Mark A. Larranaga — Walsh & Larranaga, Seattle Laura A. Petregal — King County Prosecutor's Office, Seattle* **C.   Selected Strategies:**
**Representing Juveniles**
*Brent M. Pattison — Staff Attorney, Teamchild, Seattle*
*Kimberly D. Ambrose — Supervising Attorney, University of Washington School of Law, Children and Youth Advocacy, Seattle Ann M. Carey — Attorney, Carey & Lillevik, PLLC, Seattle*

5:35 **p ;:!   Adjourn for Day**