# 1INAL JUSTICE INSTITUTE

## DAY 2 • FRIDAY. SEPTEMBER 8

**7:15 a.m. Check-in • Walk-in Registration • Exhibits Open • Coffee and Pastry Service • Networking**

We are pleased to recognize *Lakeside-Milam* Recovery Cenfers as *the* sponsor for our *Friday* coffee service. **8:05**

**a.m.   Welcome and Opening Remarks by Program Co-Chairs**

*Josephine Townsend—Attorney at Law, Vancouver*

*Rebecca C. Robenston — Public and Community Safety Division, Seattle City Attorney's Office, Seattle*

### PLENARY SESSION

**8:15 a.m.   Developments in Evidence Affecting Criminal Practice (Including, Crawford-Related Issues)**

*Karl B. Tegland — Attorney at Law, Mill Creek* **9:00 a.m.**

**Washington Search and Seizure Update**

*Hon. Robert E. McBeth (Ret.), Renton*

**10:00 a.m. Break**

**10:15 a.m. Ethical Challenges For Defenders, Judges, and Prosecutors in Implementing the Right to Counsel**

Court rule, statutory provisions, and case law on the right to counsel at arraignment; what constitutes a valid plea; acceptance of guilty pleas from unrepresented defendants; communications among prosecutors, defense counsel, defendants, and the court; implications of ABA Ethics Opinion on Excessive Caseload. *Robert C. Boruchowitz — Director, The Defender Association, Seattle Hon. Linda S. Portnoy — Lake Forest Park Municipal Court, Lake Forest Park*

*Michael]. Finkle — Assistant City Attorney Supervisor, Public and Community Safety Division, Seattle City Attorneys Office, Seattle*

**Il:15a.m. Practice Tips When Presenting /Cross-Examining an Expert Witness**

*Jeffery Patton Robinson — Schroeter Goldmark & Bender, Seattle*

**11:55 a.m. Making Your Record: Issues, Obstacles, and Solutions**

*Lenell Nussbaum — Attorney at Law, Seattle*

**12:30 p.m. Lunch on Your Own**

**THIRD ROUND Of THREE CONCURRENT SESSIONS** **1:45-3:15 p.m. A.   The Role of Treatment Centers, Diversion, and Other Alternatives in the Criminal Justice System**

*Representative Ruth Kagi — 32nd Legislative District, Olympia*

*Declan Wynne — Seattle Mental Health Director of Integrated Services, Seattle*

*Wendy R Jones— Chief of Corrections, Whatcom County Jail, Bellingham*

*Dave Murphy — Criminal Justice Initiative Project Manager, King County Mental Health, Chemical Abuse and Dependency Services Division, Department of Community & Human Services, Seattle Roger E. Goodman — Director, Drug Policy Project, King County Bar Association, Seattle Hon. Laura C. Inveen — King County Superior Court, Seattle* **B.   Selected Topics**

  **1.  (1:45-2:30 p.m.) Forensic DMA Update**

  *MarkW. Prothero — Hants Greaney, PLLC, Kent*    .

  **2.  (2:30 - 3:15 p.m.) Working Together to Meet the Methamphetamine Challenge**

  *Christopher H. Johnson — Policy Director, Attorney General's Office, Seattle*

  *Special Agent Keith Neeley ~— Demand Reduction Coordinator — Seattle Division, Drug Enforcement Administration, Seattle*

**C.   Law Enforcement Ethics, Internal Affairs, and Current Trends**

*KyleAiken — Bellevue Police Department Legal Advisor, Bellevue Ed Crawford (Ret.) — Kent Police Chief (Ret.); Auburn Sheriff Sue Rahr — King County Sheriff's Office, Seattle*

*Mark Larson — Chief Criminal Deputy Prosecutor, King County Prosecutor's Office, Seattle Virginia Kirk — Human Resource Manager, King County Sheriff's Office, Seattle* **3:15 - 3:25 p.m. Short Break •**

**Move to Concurrent Session of Your Choice**

### FINAL ROUND Of THREE CONCURRENT SESSIONS 3:25 - 4:45 p.m. A.   An Update on Crawford Issues and Challenges

*James M. Whisman — King County Prosecutor's Office, Seattle Scott Carter-Eldred— Defenders'Association, Seattle* **B.   The Effective Use of Voir Dire**

*Stephen W. Hayne — The Law Firm of Stephen W. Hayne, Bellevue HughJ. Barber — King County Prosecuting Attorney's Office, Seattle* **C.   What You Should Know About Drug Diversion Courts**

*Barbara A. Mack — King County Prosecutor's Office, King County Drug Diversion Court, Seattle (Moderator/Commentator)*

*Paige L. Garberding — Attorney at Law, Associated Counsel for the Accused, Seattle Rosemarie Wilhelm — Pierce County Prosecutor's office, Pierce County Drug Diversion Court, Tacoma Michael G. McNerthney — Senior Staff Attorney, Pierce County Department of Assigned Counsel, Tacoma* **4:45 p.m.   Complete Evaluation Forms • Adjourn**

|;              Criminal Justice Institute Scholarships

The WSBA Criminal Law Section will award up to 10 scholarships for the Criminal Justice Institute. Details and the application deadline will be found by going online to the Criminal Law Section web site: http://www.wsba.org/lawyers/groups/cnminallaw/defaultl.htm

Contribution by the WSBA Criminal Law Section

• The WSBA Criminal Law Section is pleased to announce that it will contribute half of its Institute proceeds
I             to the Law School Repayment Program.