WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's Motion on Shortened Time to Continue Trial in this matter is HEREBY GRANTED.

Trial in this matter is set for _____ ___, 2006 , at __:___ __.m.

Further, Defendant's Motion on Shortened Time to Extend Time to File Motions is HEREBY EXTENDED.  Motions shall now be filed by August 28, 2006 in this matter.

DATED at Anchorage, Alaska this 21st day of August, 2006.

_____
Honorable Ralph Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2006, a true and correct copy of the foregoing was electronically delivered to the following:

Stephan Collins
Assistant U.S. Attorney

222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

Kevin McKoy
Assistant Federal Defender's Office
601 5th Ave., Ste 800
Anchorage, Alaska   99501

                                                                                     _____