WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| OREYAL A. JACQUET, | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF COUNSEL

| STATE OF ALASKA | ) |
|---|---|
|  | :ss |
| THIRD JUDICIAL DISTRICT | ) |

       I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

       1.       I am the CJA appointed attorney for the Defendant, OREYAL A. JACQUET.

       2.       All facts and statements in the accompanying Motion are true and correct to the best of my knowledge.

       FURTHER YOUR AFFIANT SAITH NAUGHT.

       DATED this 21st day of August, 2006.

                                                                 _____
                                                                 William B. Carey, Affiant

STATE OF ALASKA            )
                           :ss
THIRD JUDICIAL DISTRICT    )

      THIS IS TO CERTIFY that on this 21st day of August, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

      WITNESS my hand and notarial seal the day and year first hereinabove written.

                                        Notary Public in and for Alaska
                                        My Commission expires: 27 July 2009

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of August, 2006, a true and correct copy of the foregoing was electronically delivered to the following:

Stephan Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

Kevin McKoy
Assistant Federal Defender's Office
601 5th Ave., Ste 800
Anchorage, Alaska   99501