Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**JOINDER IN MOTION TO CONTINUE TRIAL AND TO EXTEND PRETRIAL MOTIONS** |

Kiheam Crawford joins in the motion on shortened time to continue trial and to extend the time for filing pretrial motions submitted by co-defendant Oreyal A. Jacquet at Docket No. 33.  Pretrial motions are currently due on August 21, 2006, and trial is scheduled to begin on September 11, 2006.  Mr. Crawford incorporates by reference all of the arguments tendered by Ms. Jacquet in her motion at Docket No. 33.

In addition, and as further argument in support of a motion to continue trial in this matter, a review of the court file indicates that as of August 21, 2006, only 21 days have elapsed under the speedy trial rule.  On August 21, 2006, Mr. Crawford filed a motion for bill of particulars as to Count 7 of the indictment.  The filing of this motion tolls time under the speedy trial rule from

the date of filing until the motion is finally resolved.  18 U.S.C. § 3162((h)(1)(F) (delay resulting from filing pretrial motion excludes time under the speedy trial rule).

For this reason, the court has additional time within the speedy trial rule to reschedule this trial.  Accordingly, Mr. Crawford respectfully joins in the motion filed at Docket No. 33 by co-defendant Oreyal A. Jacquet to continue trial and to extend the time for pretrial motions.

DATED at Anchorage, Alaska this 21st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the **Joinder in Motion to
Continue Trial and to Extend Pretrial
Motions** was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy