**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


_USA_   v.   _CRAWFORD & JACQUET_

DATE:   _October 4, 2006_     CASE NO.   _3:06-CR-0059-RRB_

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

═══════════════════════════════════════════════════════════

The **time** for the final pretrial conference scheduled for

**October 10, 2006**, is **changed** from 9:00 a.m. to **8:15 a.m.**, in

Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING