WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NOTICE OF INTENT TO** |
| Plaintiff, ) | |
| vs. ) | **CHANGE PLEA** |
| ) | |
| OREYAL A. JACQUET, ) | |
| ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| Defendant. ) | |

COMES NOW the Defendant, OREYAL JACQUET, by and through her attorney, WILLIAM B. CAREY, and gives Notice of her intent to change her plea to guilty in this matter, and requests that a Change of Plea Hearing be set on the Court's Calendar.

DATED in Anchorage, Alaska this 10<u>th</u> day of October, 2006.

                                      WILLIAM B. CAREY
                                      Attorney for the Defendant
                                      OREYAL JACQUET

                                      /s/ William B. Carey
                              _____
                              William B. Carey
                              Alaska Bar No. 8212160
                              Telephone:   (907) 272-4255
                              Facsimile:   (907) 272-4256
                              e-mail: bcarey@alaska.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10<u>th</u> day of October, 2006, a copy of the forgoing <u>Notice of Intent to Change Plea</u> was electronically served on the following:

Stephan Collins, AUSA