```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. <u>OREYAL A. JACQUET</u>     CASE NO. <u>3:06-cr-00059-02-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:        <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:     <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:        <u>WILLIAM CAREY</u>

U.S.P.O.:                    <u>BARBARA BURTON</u>

PROCEEDINGS: STATUS CONFERENCE (FINAL PRETRIAL CONFERENCE)
             HELD OCTOBER 10, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:22 a.m. court convened.

Court and counsel heard re plea agreement. Trial by Jury previously set for October 16, 2006 at 8:30 a.m. is **VACATED.** Proposed Change of Plea set for **October 16, 2006 at 1:00 p.m.**

Defendant's detention continued.

At 8:27 a.m. court adjourned.

DATE:    October 10, 2006        DEPUTY CLERK'S INITIALS:   ak