MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. OREYAL A. JACQUET     CASE NO. 3:06-cr-00059-02-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:             RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES ATTORNEY:           STEPHAN COLLINS

DEFENDANT'S ATTORNEY:             WILLIAM CAREY

U.S.P.O.:                         BARBARA BURTON

PROCEEDINGS: PROPOSED CHANGE OF PLEA HELD OCTOBER 16, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:06 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Same as above.     Age:    22

_X_ Defendant changed plea(s) to guilty on counts 5 and 7 of the Indictment.

_X_ Court accepted pleas. Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for **December 28, 2006 at 9:00 a.m.**

_X_ Defendant's detention continued.

_X_ OTHER: Court and counsel heard re plea agreement.

At 1:27 p.m. court adjourned.


DATE:   October 16, 2006      DEPUTY CLERK'S INITIALS:    amk