NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-059-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| | ) | **ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW the United States of America, by and through counsel, and hereby

requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 17th day of October, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that on October 17, 2006, a true and correct copy of the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE, and proposed PRELIMINARY ORDER OF FORFEITURE were sent electronically to:

WILLIAM B. CAREY (Counsel for Defendant Oreyal A. Jacquet)
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503

s/James Barkeley