IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-059-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| | ) | **ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant OREYAL A. JACQUET's October 16, 2006 guilty pleas to Counts 5 and 7 (including Criminal Forfeiture Count 7) of the Indictment issued in this case, and the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the $12,000.00 IN UNITED STATES CURRENCY, described in Count 7 of the Indictment, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation of 21 U.S.C. § 841, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2);

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The currency described in Count 7 of the Indictment is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853, and the defendant shall forthwith forfeit all her right, title and interest, if any, that she has in said currency.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") is authorized to seize and take possession of the aforementioned currency and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said currency; and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the ATF shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the currency in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited currency must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited currency. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the currency that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED this ____ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
United States District Judge