WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Defendant's Unopposed Motion to Continue Sentencing in this matter is HEREBY GRANTED.

Sentencing in this matter is set for _____ ___, 2007 , at __:___ __.m.

DATED at Anchorage, Alaska this _____ day of December, 2006.

_____
Honorable
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 6<u>th</u> day of December, 2006, a copy of the forgoing Proposed Order on Defendant's Unopposed Motion to Continue Sentencing was electronically served on the following:

Stephan Collins, AUSA