WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:     (907) 272-4255
Facsimile:     (907) 272-4256

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OREYAL A. JACQUET, )<br>)<br>Defendant. ) | No. 03-06 CR 00059-02 (RRB) (JDR) |

## **AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF ALASKA            ) | |
|                            :ss | |
| THIRD JUDICIAL DISTRICT    ) | |

I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

1. I am the CJA appointed attorney for the Defendant, OREYAL A. JACQUET.

2. Sentencing in this matter is set for December 28, 2006.

3. Several months ago, arrangements were finalized for my wife and I to be out of the country on vacation over the Christmas and New Year holiday. The trip is bought and paid for. I have discussed the matter of continuing the sentencing in this case with my client, Ms. JACQUET, who has no objection to obtaining a continuance. Likewise, I have discussed this matter with Assistant U.S. Attorney

Stephan Collins, who also does not oppose this request for a continuance.

4. I can be available after January 5, 2007, the only problem being that I will be in Southeast Alaska the week of January 22 as I have a number of matters set for trial and other hearings in Petersburg and elsewhere in Southeast that week.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED this 6th day of December, 2006.

        WILLIAM B. CAREY
        Attorney for the Defendant
        OREYAL JACQUET

        /s/ William B. Carey
        _____
        William B. Carey, Affiant
        Alaska Bar No. 8212160
        Telephone:   (907) 272-4255
        Facsimile:   (907) 272-4256
        e-mail: bcarey@alaska.com

STATE OF ALASKA        )
        :ss
THIRD JUDICIAL DISTRICT        )

THIS IS TO CERTIFY that on this 6th day of December, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

        /s/Brenda M. McLeary
        Notary Public in and for Alaska
        My Commission expires: 27 July 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2006, a copy of the forgoing Affidavit in Support of Unopposed Motion to Continue Sentencing was electronically served on the following:

Stephan Collins, AUSA