WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OREYAL A. JACQUET, )<br>)<br>Defendant. ) | No. 03-06 CR 00059-02 (RRB) (JDR) |

## ~~PROPOSED~~ ORDER

Defendant's Unopposed Motion to Continue Sentencing in this matter is HEREBY GRANTED.

Sentencing in this matter is set for _January 12_, 2007, at _10:00 a_.m.

DATED at Anchorage, Alaska this _6_ day of December, 2006.

/s/ RRB
Honorable RALPH R. BEISTLINE
U.S. District Court Judge