NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>OREYAL JACQUET,<br><br>                  Defendant. | Case 3:06-CR-0059-RRB<br><br>UNITED STATES SENTENCING MEMORANDUM |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

    **TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . **37/60 MONTHS**

    **TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . **4 YEARS**

    **FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100.00

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made.  The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following her plea of guilty, the defendant stands convicted of one count of distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  The USPO has recommended the Court find the defendant's total adjusted base offense level for the count(s) of conviction to be 23 and that, with the defendant's criminal history category classification of I, the defendant's sentence range to be between 46 and 57 months of imprisonment.  Because the statutory mandatory minimum sentence is 60 months (five years) imprisonment, the mandatory minimum sentence would then become 60 months of imprisonment.  If the defendant qualifies under the provisions of 18 U.S.C. § 3553(e), a.k.a. the "Safety Valve," the court may then impose sentence without regard to the statutory mandatory minimum sentence.  To date, the defendant has not yet satisfied the fifth element of the "Safety Valve."  The parties are preparing to provide the defendant an opportunity to satisfy this last element before the scheduled imposition of

sentence hearing set for January 12, 2007. If the defendant satisfies this element, then the United States anticipates informing the court that it may impose sentence without regard to the mandatory minimum sentence at the time of the sentencing hearing. If this occurs, the defendant's sentence range would then be adjusted to an offense level of 21 and an advisory guideline sentence range of between 37 and 46 months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. The United States is prepared to present evidence in support of the information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 37 months of imprisonment if the defendant fulfills the criteria under the "Safety Valve" or 60 months if she does not fulfill the criteria, a special assessment of $100.00, and a term of four- years supervised release. The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine. This sentence will adequately address not only the

United States Sentencing Commission Guideline concerns but also those contained in 18 U.S.C. § 3553.

RESPECTFULLY SUBMITTED this day, January 5, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061