WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:     (907) 272-4255
Facsimile:      (907) 272-4256

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
|  | ) | |
| OREYAL A. JACQUET, | ) | |
|  | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, OREYAL A. JACQUET, through counsel, WILLIAM B. CAREY, and moves the Court to continue sentencing in this matter, presently set for December 28, 2006. This motion is brought due to the unavailability of defense counsel on that date as the undersigned has a long awaited, long planned and long overdue vacation set for the Christmas and New Year holiday. A sentencing date after January 5 is requested. Counsel for Ms. JACQUET will also not be available during the week of January 22 due to a busy calendar in Southeast Alaska that week.

The undersigned certifies that he has discussed this matter with Assistant U.S. Attorney Stephan Collins, who does not oppose this request.

This motion is supported by the attached Affidavit of WILLIAM B. CAREY.

DATED in Anchorage, Alaska this 6th day of December, 2006.

>WILLIAM B. CAREY
>Attorney for the Defendant
>OREYAL JACQUET
>
>/s/ William B. Carey
>_____
>William B. Carey
>Alaska Bar No. 8212160
>Telephone:    (907) 272-4255
>Facsimile:    (907) 272-4256
>e-mail: bcarey@alaska.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2006, a copy of the forgoing <u>Unopposed Motion to Continue Sentencing</u> was electronically served on the following:

Stephan Collins, AUSA