WILLIAM B. CAREY, 8212160
Attorney for Defendant
OREYAL A. JACQUET
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Defendant's Unopposed Motion to Continue Sentencing in this matter is

HEREBY GRANTED.

Sentencing in this matter is set for _____ ___, 2007, at __:___ __.m.

DATED at Anchorage, Alaska this _____ day of January, 2007.

_____
Honorable Ralph Beistline
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, a copy of the forgoing Proposed Order on Defendant's Unopposed Motion to Continue Sentencing was electronically served on the following:

Stephan Collins, AUSA

Kevin McCoy, AFPD