```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. OREYAL A. JACQUET       CASE NO. 3:06-cr-00059-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            WILLIAM CAREY

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 12, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:13 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 30 months on Count 5 of the
   Indictment.

 X Defendant placed on supervised release for a period of  5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $100.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining count  1  of the
   Indictment **DISMISSED.**

 X OTHER: Court and counsel heard re safety valve and downward
departure. Court and counsel heard re presentence report; court
accepted the presentence report. Court strongly recommended that
the defendant participate in the 500 hour drug and alcohol
program. Appeal rights given. Payment Coupon given to defendant.
Defendant to forfeit the defendant's interest in the property to
the Untied States as directed.

At 10:50 a.m. court adjourned.

DATE:     January 12, 2007       DEPUTY CLERK'S INITIALS:    ak