WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:  (907) 272-4255
Facsimile:  (907) 272-4256

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| ) | |
| OREYAL A. JACQUET, ) | **(Filed on Shortened Time)** |
| ) | |
| Defendant. ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

OREYAL JACQUET asks this court for an order appointing counsel in connection with her 18 U.S.C. § 3582(c) motion to reduce her sentence passed on the retroactive amendment to the cocaine base sentencing guideline.  The court originally appointed WILLIAM CAREY to represent Ms. JACQUET because of her indigent status.  Ms. JACQUET is currently in custody in connection with the judgment in this case and, on information and belief, her financial circumstances have not changed materially.

This motion is submitted pursuant to 18 U.S.C. §§ 3006A, 3582(c)(2) and is based upon the affidavit of counsel being filed concurrently.

RESPECTFULLY SUBMITTED this 5th day of March, 2008.

        WILLIAM B. CAREY
Attorney for the Defendant


/s/ William B. Carey
_____

William B. Carey
Alaska Bar No. 8212160
Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256
e-mail: bcarey@alaska.com


      I hereby certify that on this 5<u>th</u> day of March, 2008, a copy of the forgoing <u>Motion for Appointment of Counsel</u> was electronically served on the following:

Stephan A. Collins
Assistant U.S. Attorney