WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| OREYAL A. JACQUET, | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

On consideration of the defendant's motion for appointment of counsel;

IT IS HEREBY ORDERED that WILLIAM CAREY be appointed to represent the defendant in connection with her motion to reduce her sentence.

DATED this ___ day of _____, 2008.

_____
Ralph R. Beistline
U.S. District Judge