WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| | ) | |
| OREYAL A. JACQUET, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) |
| | :ss |
| THIRD JUDICIAL DISTRICT | ) |

I, WILLIAM B. CAREY, being first duly sworn, do freely and voluntarily state as follows:

1. I was the CJA appointed attorney for the Defendant, OREYAL A. JACQUET in the above-styled matter.

2. The Court originally appointed me to represent Ms. JACQUET in connection with her prosecution in the above-styled matter.

3. Ms. JACQUET is currently incarcerated at Cordova Center, a community residential center in Anchorage, Alaska and her incarceration results from the judgment in this matter.

4. Ms. JACQUET has asked that a motion to reduce her sentence be filed.

    5.    On information and belief, Ms. JACQUET's financial circumstances have not materially changed since this Court's original order appointing counsel in this matter.

    6.    Accordingly, on behalf of Ms. JACQUET, and at her request, I ask that I be appointed to represent her in connection with the motion to reduce sentence.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED this 5th day of March, 2008.

        WILLIAM B. CAREY
        Attorney for the Defendant

        /s/ William B. Carey

        William B. Carey
        Alaska Bar No. 8212160
        Telephone:  (907) 272-4255
        Facsimile:  (907) 272-4256
        e-mail: bcarey@alaska.com

STATE OF ALASKA    )
        :ss
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 5th day of March, 2008, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared WILLIAM B. CAREY, known to me and to me known to be the individual named in and who executed the foregoing document and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

        Notary Public in and for Alaska
        My Commission expires: 27 July 2009

I hereby certify that on this 5th day of March, 2008, a copy of the forgoing <u>Affidavit of Counsel</u> was electronically served on the following:

Stephan Collins, Assistant U.S. Attorney