WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:    (907) 272-4256

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 03-06 CR 00059-02 (RRB) (JDR) |
| OREYAL A. JACQUET, | ) ) ) | |
| Defendant. | ) | |

**MOTION TO REDUCE SENTENCE**

OREYAL A. JACQUET asks this court for an order reducing her sentence from 30 months to 24 months.  The proposed reduction is appropriate because the retroactive amendment to the crack cocaine guideline reduces Ms. JACQUET's total adjusted offense level from offense level 19 to offense level 17.  At Ms. JACQUET's original sentencing, she was sentenced to 30 months, at the low end of the guideline range which in this instance was an adjusted base offense level of 19, with a criminal history category of  I,  a range of from 30 to 37 months.

This motion is submitted pursuant to 18 U.S.C. § 3582(c)(2), the retroactive amendment to the cocaine base guidelines, effective March 3, 2008, and the memorandum of law filed herewith.

      RESPECTFULLY SUBMITTED this 9th day of May, 2008.

                            WILLIAM B. CAREY
                            Attorney for the Defendant

                            /s/ William B. Carey

                            William B. Carey
                            Alaska Bar No. 8212160
                            Telephone:     (907) 272-4255
                            Facsimile:      (907) 272-4256
                            e-mail: bcarey@alaska.com

      I hereby certify that on this 9th day of May, 2008, a copy of the forgoing Motion to Reduce Sentence was electronically served on the following:

Stephan A. Collins
Assistant U.S. Attorney