WILLIAM B. CAREY, 8212160
Attorney for Defendant
1502 West 34th Avenue
Anchorage, Alaska  99503

Telephone:   (907) 272-4255
Facsimile:   (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OREYAL A. JACQUET, )<br>)<br>Defendant. ) | No. 03-06 CR 00059-02 (RRB) (JDR) |

## PROPOSED ORDER

Defendant's Motion to Reduce Sentence having come before the Court and having reviewed its premises as well as those of any opposition filed thereto;

IT IS HEREBY ORDERED that the defendant's motion is granted.  Defendant is hereby sentenced to serve a term of imprisonment of 24 months, with all other conditions set out in the original judgment in this case, dated December 1, 2007, to remain the same.

DATED this __ day of _____, 2008.

_____
Honorable Ralph Beistline
U.S. District Court Judge