AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of _____
ALASKA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OREYAL A. JACQUET | ) | Case No: 3:06-CR-00059-02-RRB |
| | ) | USM No: 15294-006 |
| Date of Previous Judgment: January 17, 2007 | ) | William B. Carey |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __30__ months **is reduced to** __24__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 19 | | Amended Offense Level: 17 | |
| Criminal History Category: 1 | | Criminal History Category: 1 | |
| Previous Guideline Range: 30 to 37 months | | Amended Guideline Range: 24 to 30 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __1/17/2007__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: September 4, 2008                        S/RALPH R. BEISTLINE
                                                    Judge's signature

Effective Date: September 14, 2008                   Ralph R. Beistline, U.S. District Court Judge
(if different from order date)                       Printed name and title